IN THE United States District Court

Southern Ohio

RECEIVED
JUL 17 2023
RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

Plaintiff's Original Complaint

Deacon Thomas Frazier, Plaintiff

Et Al

V

5/3 Bank, Defendant

1:23CV445.

JUDGE HOPKINS

MAGISTRATE JUDGE BOWMAN

   Now comes Deacon Thomas Frazier with a complaint against 5/3 bank. You shall not steal from me. Never once did you deny that you stole my $3000.17 IRA account. Nor my $198.00 withdrawal that was blocked. I was advised in order to file a new complaint that the dollar amount must change.

   On 02/11/2022 while I was still a customer in good stead, I made a withdrawal. I suspect it was for $300.00. Then I went to inquire about my $3000.17 IRA and was told (just like Stan Marsh in the South Park episode "and its gone") that my money was gone. When I told the bank manager that I intended to sue to recover it she said "Now you a threatening me, I'm calling the police". So, I just sat down and waited only to find that there was a warrant for a $50.00 fine that I failed to pay. 12 hours later I was let out of jail penniless, with a receipt for $53.00. Where did the rest of my money go? $247.00 where did it go? Do you systematically pilfer customer accounts for sums so small knowing that the hassle of getting it back is not worth the time and effort? Do you? Who else have you done this to?

Now you have stolen my time. I offer as exhibit (A) a liquor store receipt. From there I went uninvited to go talk to my lawyer. Might as well make myself welcome. Unsurprisingly, as he is such a disagreeable person, I disagreed with him.

Since you have now stolen my time I shall double once again the dollar amount to settle as $13,768. 68. As you knowingly and fraudulently sent me an incorrect 1099R I also demand that you do my 2022 taxes.

### DEMAND FOR JURY TRIAL

Susan, I do NOT trust your judgement. Perhaps it is because you are right across the street from 5/3 bank. When you denied my subpoena to find the accounts where my monies were co-mingled with other peoples money I took it in stride thinking we are headed to arbitration or adjudication next. Then you dismissed my case saying that it was not worth $750,000. I say it is. I say that it was your ruling making it not worth that. Every time that it is my turn to speak I shall show the jury that South Park video.

I am

*[signature]*

Deacon Thomas Frazier

25 Transport Dr

Walton Ky 41094