# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

**Deacon Thomas Frazier,**
  **Plaintiff,**

-vs-               Case No.  1:23-CV-445

 **5/3 Bank,**
  **Defendant.**

---

## JUDGMENT IN A CIVIL CASE

|   | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
|---|---|---|
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

### IT IS ORDERED AND ADJUDGED

The R&R (Doc. 6) of the Magistrate Judge is hereby ACCEPTED and ADOPTED. Consistent with the recommendations by the Magistrate Judge, Plaintiffs Complaint (Doc. 5) is DISMISSED with prejudice.

Date:  August 11, 2023           Richard W. Nagel, CLERK

                      By: s/Benjamin J. Codispoti
                      Benjamin J. Codispoti,  Deputy Clerk